**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Asia Ibrahim                              Case No. 18-28393          Chapter 13

All Cases: Moving Creditor  Wells Fargo Bank, N.A.        Date Case Filed  October 9, 2018

Nature of Relief Sought: ☒ Lift Stay      ☐ Annul Stay      ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____   or Date Plan Confirmed  February 14, 2019

1. Collateral
   a. Home  9521 Lawler Avenue, Skokie, IL 60077
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of September 11, 2019 is $ 266,894.93
   Total of all other liens including collateral $0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ 277,500.00

5. Default
   a. Pre-Petition Default
      Number of months  48     Amount $92,009.65

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  4    Amount $7,535.83
      ii. On payments to the Standing Chapter 13 Trustee
         Number of months  N/A    Amount $N/A

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____     Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) _____

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii. Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i.  ☐ Reaffirm              ii.  ☐ Redeem
      iii. ☐ Surrender            iv.  ☒ No Statement of Intention Filed

   Date:  September 16, 2019                  /s/ Michael J. Kalkowski
                                              Counsel for Movant